**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1527**

─────────────

HEIDI SAAS,

               Plaintiff - Appellant,

      v.

MAJOR, LINDSEY & AFRICA, LLC; ALLEGIS GROUP, INC., Jointly and Individually, as the owner of Major, Lindsey & Africa, LLC,

               Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-02102-JRR)

─────────────

Submitted:  November 19, 2024              Decided:  November 21, 2024

─────────────

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Heidi Saas, Appellant Pro Se.  Mary Catherine Biscoe-Hall, Kraig B. Long, Meredith A. Storm, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Baltimore, Maryland, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Heidi Saas appeals the district court's order construing Defendants' motion to strike her complaint or, in the alternative, to dismiss the complaint, as a motion to dismiss and granting the motion as to Saas' multiple civil claims, including her claims for disparate treatment and disparate impact discrimination, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621 to 634. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Saas v. Major, Lindsey & Africa, LLC*, No. 1:23-cv-02102-JRR (D. Md. May 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*